UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LYNETTE DYER,<br><br>        Plaintiff<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security<br><br>        Defendant | CIVIL ACTION NO. 1:15-CV-00225<br><br>(MEHALCHICK, M.J.) |

## ORDER

**AND NOW**, this 25th day of February, 2016, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED THAT:**

1. The Clerk of Court shall enter judgment in favor of Lynette Dyer and against Carolyn W. Colvin, Commissioner of the Social Security Administration, as set forth in the following paragraph;

2. The decision of the Commissioner of the Social Security Administration denying Lynette Dyer disability insurance benefits and supplemental security income is **VACATED** and the case is **REMANDED** to the Commissioner of the Social Security Administration to conduct a new administrative hearing in accordance with the accompanying Memorandum Opinion; and

3. The Clerk of Court shall close this case.

                                            **BY THE COURT:**

                                            *s/ Karoline Mehalchick*
                                            **KAROLINE MEHALCHICK**
                                            **United States Magistrate Judge**